# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHANNON SOMEE,<br><br>        Defendant. | 2:18-cr-00378-APG-VCF<br><br>**ORDER** |

Before the court is *United States of America v. Channon Somee*, case no. 2:18-cv-00378-APG-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, July 29, 2019, in Courtroom 3D.

DATED this 16th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE