Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
Phone: (702) 382-4004
Fax:    (702) 382-4800
smuralidhara@wmllawlv.com

Attorney for Channon Somee

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Channon Somee,<br><br>　　　　Defendant. | Case No. 2:18-cr-00378-APG-VCF<br><br>Unopposed Motion to Withdraw ECF 67[1] |

Channon Somee, by and through his attorney of record, Sunethra Muralidhara Esq., Wright Marsh & Levy, files this unopposed motion to withdraw the motion for leave to file supplemental authority, ECF 67, without prejudice.

**Memorandum of Points and Authorities**

On October 24, 2019, Mr. Somee filed a motion to sever counts one, two, and three (drug counts) from count four (gun count). ECF 39. On November 6, 2019, the government filed its response. ECF 45. Mr. Somee filed his reply on November 13, 2019. ECF 56. The Court held a motion hearing on December 17, 2019, and argument was held on the motion. On December 20, 2019, Mr. Somee filed a motion for leave to file supplemental authority, ECF

---

[1] This unopposed motion is timely filed.

67, regarding questions the Court had as to how it could appropriately issue a decision on a motion to sever counts.

The parties are continuing to engage in fruitful negotiations at this time. In the interest of justice and to minimize future litigation that may be unnecessary, Mr. Somee requests the court allow withdrawal of this motion for leave to file supplemental authority, ECF 67, without prejudice. Should the negotiations not come to fruition between the parties, the defense reserves the right to re-file this motion for litigation.

WHEREFORE Mr. Somee requests this Court allow for withdrawal of the pending motion for leave to file supplemental authority, ECF 67, without prejudice.

DATED: December 20, 2019.

                                          WRIGHT MARSH & LEVY

                                          By: */s/ Sunethra Muralidhara*
                                                  Sunethra Muralidhara
                                                  Attorney for Channon Somee

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-30-2019

**Certificate of Electronic Service**

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on December 20, 2019 she served an electronic copy of the above and foregoing **Unopposed Motion to Withdraw ECF 67** electronic service (ECF) to the person named below:

>NICHOLAS A. TRUTANICH
>United States Attorney District of Nevada
>Susan Cushman
>Kevin Schiff
>Christopher Lin
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Deborah Novak*
>Employee Wright Marsh & Levy