**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHANNON SOMEE,

    Defendant.

2:18-cr-00378-APG-VCF

**ORDER**

Before the court is the Motion for Protective Order (ECF NO. 75).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Protective Order (ECF NO. 75) must be filed or before January 21, 2020.

IT IS FURTHER ORDERED that a hearing on the Motion for Protective Order (ECF NO. 75) is scheduled for 10:00 AM, January 23, 2020, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 16th day of January, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE