_____FILED  _____RECEIVED
_____ENTERED  _____SERVED ON
       COUNSEL/PARTIES OF RECORD

JAN 2 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiffs, <br> vs. <br> CHANNON SOMEE, <br> Defendant. | Case No. **2:18-cr-378-APG-VCF** <br><br> **ORDER TEMPORARILY UNSEALING NOTES** |

On 12-19-2019, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on December 17, 2019, from Sunethra Muralidhara, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Sunethra Muralidhara.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 23rd day of January, 2020.

_____
Cam Ferenbach
United States Magistrate Judge