NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHANNON SOMEE,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00378-APG-VCF<br><br>**Stipulation Requesting an Amendment to the Court's Order for a Psychiatric or Psychological Examination of Defendant [ECF No. 94]**<br><br>**ORDER** |

　　　　The parties, by and through the undersigned, respectfully request that the Court amend its Order granting Government's motion for a psychiatric or psychological examination of the defendant (ECF No. 94) to the extent that the Order permits a private medical health provider retained by the Government to complete the examination of the defendant.

　　　　On February 14, 2020, this Court granted the Government's motion for a psychiatric or psychological examination of the defendant under Fed. R. Crim. P. 12.2(c)(1)(B). *Id*. At the time of the Government's motion, the Government believed that the Bureau of Prisons (BOP) would conduct the examination at a federal medical center.

　　　　On April 7, 2020, a representative of BOP informed the Government of its final decision that the BOP would not perform the examination. BOP explained that it is their current policy

1

that they are authorized conduct pretrial psychiatric or psychological examinations only when ordered to do so under 18 U.S.C. §§ 4241 and 4242.

In connection with this Stipulation, the Government filed a separate motion to continue the trial, ECF No. 97, currently scheduled for June 15, 2020, to a date in August 2020. The Government submitted the motion to continue, in part, because of the limitations imposed to stop the spread of COVID-19 makes it so no private mental health provider is currently able to conduct the necessary examination of the defendant.

Therefore, the parties request this Court amend its Order:

1. to allow a private medical provider retained by the Government to complete the examination of the defendant; and
2. to allow the Government to provide a copy of Dr. Sunshine Collins' report to the examiner with notice that the information shall remain confidential and be used only for purposes of the examination.

Counsel for the defendant hereby stipulates to the above proposed amendments to the Order. The defendant agrees to this stipulation.

Dated: April 27, 2020

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ Sunethra Muralidhara*
Sunetra Muralidhara, Esq.
Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHANNON SOMEE,<br><br>    Defendant. | Case No.: 2:18-cr-00378-APG-VCF<br><br>**Order** |

Based on the pending Stipulation of counsels, and good cause appearing therefore, the Court amends its Order dated February 14, 2020 (ECF No. 94):

1. to allow a private medical provider retained by the Government to complete the psychological or psychiatric examination of the defendant; and

2. to allow the Government to provide a copy of Dr. Sunshine Collins' report to the examiner with notice that the information shall remain confidential and be used only for purposes of the examination.

Dated: April 27, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE