# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHANNON SOMEE,

    Defendant.

2:18-cr-00378-APG-VCF

**ORDER**

Before the Court is Channon Somee's motion to dismiss counsel (ECF No. 127).

Damian R. Sheets, Esq. was appointed as counsel of record for Channon Somee on July 20, 2020. (ECF No. 105). Somee filed the instant motion on his own behalf. (ECF No. 127).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Channon Somee's motion to dismiss counsel (ECF No. 127) from the docket.

IT IS HEREBY ORDERED that defense counsel Damian R. Sheets, Esq. is directed to provide a copy of this order to Somee. If Somee desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

DATED this 19th day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE