# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

United States of America,

        Plaintiff(s),

v.

Channon Somee,

        Defendant(s).

2:18-cr-00378-APG-VCF

**ORDER**

Before the Court is defendant Somee's motion to withdraw as counsel of record (ECF NO. 130).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendant Somee's motion to withdraw as counsel of record (ECF NO. 130), is scheduled for 1:00 PM, February 8, 2023, in Courtroom 3D.

DATED this 26th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE