Erin M. Gettel, Esq.
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
*Attorney for Channon Somee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Channon Somee,<br><br>    Defendant. | Case No. 2:18-cr-00378-APG-VCF<br><br>**Stipulation to Continue Revocation Hearing**<br><br>(***First Request***) |

The Parties enter this stipulation to continue the revocation hearing currently set for January 7, 2025, for at least seven days. The Parties enter this stipulation because:

1. Defense counsel will be in a trial during the currently scheduled hearing date.

2. Mr. Somee is not in custody and agrees the continuance.

3. The Parties agree to the continuance.

1  DATED: January 3, 2025

   Snell & Wilmer L.L.P.                    Jason Frierson
                                            United States Attorney

   By  */s/ Erin Gettel*                    By  */s/ Melanee Smith*
   _____              _____
   Erin Gettel                              Melanee Smith
   *Attorney for Channon Somee*             Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Channon Somee,<br><br>    Defendant. | Case No. 2:18-cr-00378-APG-VCF<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 7, 2025, at 9:00 a.m. is vacated and continued to January 16, 2025 at 2:30 p.m. in Courtroom 6C.

DATED: January 6, 2025.

_____
ANDREW P. GORDON
United States District Judge

4920-3921-3068.2

3