Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Channon Somee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-00378-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **Stipulation to Continue Status Check** |
| Channon Somee, | |
| Defendant. | *(First Request)* |

The Parties enter this stipulation to continue the status check currently set for March 12, 2025, to on or after March 26, 2025. The Parties enter this stipulation because:

1. Defense counsel will be in a mediation during the currently scheduled hearing date and government counsel will be out of the district.

2. Mr. Somee is not in custody and agrees to the continuance.

3. The Parties agree to the continuance.

/ / /

/ / /

/ / /

4904-7933-2134

4. The next hearing in Somee's state case is not until April 24, 2025.

DATED: March 10, 2025

| SNELL & WILMER L.L.P. | Sue Fahami<br>Acting United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>*Attorney for Channon Somee* | */s/ Melanie Smith*<br>By_____<br>Melanee Smith<br>*Assistant United States Attorney* |

4904-7933-2134

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

      Plaintiff,

v.

Channon Somee,

      Defendant.

Case No. 2:18-cr-00378-APG-VCF

**Order Granting First Stipulation to Continue Status Check**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the status check.

IT IS THEREFORE ORDERED that the status check currently scheduled for March 12, 2025, at 10:00 a.m. is vacated and continued to April 1, 2025 at 9:30 a.m. in LV Courtroom 6C.

DATED: March 11, 2025.

ANDREW P. GORDON
United States District Judge

- 3 -