Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Channon Somee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-00378-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **Stipulation to Continue Status Check** |
| Channon Somee, | |
| Defendant. | *(First Request)* |

The Parties enter this stipulation to continue the status check currently set for May 15, 2025 for at least 90 days. The Parties enter this stipulation because:

1. The revocation petition contains new-law violations that are the subject of a case currently pending in state court. The state case has not resolved and likely will not resolve for at least 90 days.

2. Mr. Somee is not in custody and agrees to the continuance.

3. The Parties agree to the continuance.

/ / /

/ / /

/ / /

4910-0572-5759

1  DATED: May 8, 2025

3  SNELL & WILMER L.L.P.                    Sigal Chattah
                                            United States Attorney

5  By */s/ Erin Gettel*                     By */s/ Melanie Smith*
   Erin Gettel                              Melanee Smith
6  *Attorney for Channon Somee*             *Assistant United States Attorney*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

4910-0572-5759

- 2 -

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Channon Somee,<br><br>        Defendant. | Case No. 2:18-cr-00378-APG-VCF<br><br>**Order Granting First Stipulation to Continue Status Check** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the status check.

IT IS THEREFORE ORDERED that the status check currently scheduled for May 15, 2025, at 9:30 a.m. is vacated and continued to August 7, 2025 at 10:30 a.m. in LV Courtroom 6C..

DATED: May 9, 2025.

ANDREW P. GORDON
United States District Judge

4910-0572-5759