1  Erin Gettel
2  Nevada Bar No. 13877
   Snell & Wilmer L.L.P.
3  1700 S. Pavilion Center Drive, Suite 700
   Suite 700
4  Las Vegas, Nevada 89135
   (702)-784-5200 x5329
5  egettel@swlaw.com

6  *Attorney for Channon Somee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-00378-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **Stipulation to Continue Status Check** |
| Channon Somee, | |
| Defendant. | *(Second Request)* |

The Parties enter this stipulation to continue the status check currently set for August 7, 2025, for at least 60 days. The Parties enter this stipulation because:

1. The revocation petition contains new-law violations that are the subject of a case currently pending in state court. The state case has not resolved and likely will not resolve for at least 60 days.

2. Mr. Somee is not in custody and agrees to the continuance.

3. The Parties agree to the continuance.

/ / /

/ / /

/ / /

4928-8309-6921

1  DATED: July 30, 2025

3  SNELL & WILMER L.L.P.                    Sigal Chattah
                                            Acting United States Attorney

5  By  */s/ Erin Gettel*                    By  */s/ Melanie Smith*
   Erin Gettel                              Melanee Smith
6  *Attorney for Channon Somee*             *Assistant United States Attorney*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 2 -

4928-8309-6921

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Channon Somee,<br><br>        Defendant. | Case No. 2:18-cr-00378-APG-VCF<br><br>**Order Granting Second Stipulation to Continue Status Check** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the status check.

IT IS THEREFORE ORDERED that the status check currently scheduled for August 7, 2025, at 10:30 a.m. is vacated and continued to October 14, 2025 at 10:30 a.m. in LV Courtroom 6C.

DATED: July 31, 2025.

ANDREW P. GORDON
Chief United States District Judge

4928-8309-6921